UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,
                              Case No. 19-cr-20580
                              Hon. Matthew F. Leitman

v.

RONALD T. MORGAN,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S
## MOTION FOR COMPASSIONATE RELEASE (ECF No. 23)

On August 26, 2020, Defendant Ronald T. Morgan filed a motion for compassionate release. (*See* Mot., ECF No. 23.) The Court held a hearing on Morgan's motion on September 28, 2020. For the reasons stated on the record during the motion hearing, Morgan's motion is **DENIED**.

    **IT IS SO ORDERED**.

                                       s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
Dated: September 28, 2020        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 28, 2020, by electronic means and/or ordinary mail.

                                       s/ Holly A. Monda
                                       Case Manager
                                       (810) 341-9764